UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GASS,<br>    Plaintiff | :<br>:   CIVIL ACTION NO. 3:11-1584 |
| v. | :<br>:   (MANNION, D.J.)<br>:   (SCHWAB, M.J.) |
| GEORGE C. MURPHY and<br>JASON DUBERNAS, | : |
|     Defendants | : |

## ORDER

**IT IS HEREBY ORDERED:**

1.) The report and recommendation of Judge Schwab, (Doc. No. 91), is **ADOPTED** in its entirety;

2.) Jason Dubernas's motion to for summary judgment, (Doc. No. 69), is **GRANTED**;

3.) The Clerk is directed to **TERMINATE** Defendant Jason Dubernas from the action;

4.) George Murphy's motion to for summary judgment, (Doc. No. 74), is **GRANTED;**

5.) The Clerk is directed to **TERMINATE** Defendant George Murphy from the action;

6.) The Clerk of Courts is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 30, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1584-01-ORDER.wpd